GEORGE F. GRAY, Appellant, *v.* LUCY D. FISK, Executrix, etc.,
et al., Respondents.

A motion to set aside the report of a referee, on the ground of improper
conduct on his part, is addressed to the discretion of the court. The
action of the Special Term may be reviewed by the General Term, but
the right of appeal there ends.

(Submitted May 20, 1873 ; decided September 23, 1873.)

*Titus B. Eldridge* for the appellant.

*Dudley Field* for the respondents.

THERE were two appeals in this action; one from an order
of General Term affirming an order of Special Term deny-
ing a motion to set aside the report of the referee herein, on
the ground of misconduct, and one from the judgment affirm-
ing judgment on report of the referee.

On appeal from order, *held*, that the same was not appealable, as above.    The appeal from the judgment was decided substantially upon the facts of the case.

FOLGER, J., reads for affirmance.

All concur, except PECKHAM, J., not voting.

Judgment affirmed.